GUARANTY TRUST COMPANY OF NEW YORK, Individually and as Trustee under

a Certain Deed of Trust Made by ANGIER B. DUKE, Respondent, v. E. BAYARD HALSTED and Others, Respondents, Impleaded with ANGIER B. DUKE, JR., and Another, Appellants.— Judgment affirmed, with costs separately to all parties appearing by separate counsel and filing separate briefs herein, payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.